**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Todd Griffin,<br><br>         Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>        Defendants. | Case No.: 2:23-cv-12357 |

**NOTICE OF SETTLEMENT WITH DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff and Defendant, Experian Information Solutions, Inc., have agreed to settle their dispute and intend to file a Stipulation of Dismissal as to Experian Information Solutions, Inc., with prejudice, no later than May 5, 2024.

Respectfully submitted,

/s/ Carl Schwartz
Carl Schwartz
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Phone: (248) 353-2882
Fax: (248) 353-4840
carl@crlam.com
*Attorneys for Plaintiff,*
*Todd Griffin*

March 5, 2024

## <u>PROOF OF SERVICE</u>

I, Carl Schwartz, hereby state that on March 5, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


<u>/s/ Carl Schwartz</u>