IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Todd Griffin, | |
| Plaintiff, | Case No.: 2:23-cv-12357 |
| vs. | |
| Equifax Information Services, LLC, et al. | |
| Defendants. | |

### STIPULATION OF DISMISSAL
### AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Experian Information Solutions, Inc., only, with prejudice and without attorney's fees or costs to either party.

*/s/ Carl Schwartz*
CARL SCHWARTZ (P70335)
CREDIT REPAIR LAWYERS OF AMERICA
Attorneys for Plaintiff
39111 Six Mile Road, Suite 142
Livonia, MI 48152
(248) 353-2882
Fax (248) 353-4840
Email – carl@crlam.com

By: /s/ Tamara E. Fraser
Tamara E. Fraser (P51997)
380 N. Old Woodward Avenue,
Suite 300
Birmingham, Michigan 48009
(248) 642-0333
tefraser@wwrplaw.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc*

## PROOF OF SERVICE

I, Carl Schwartz, hereby certify that on April 15, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Carl Schwartz

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Todd Griffin,

      Plaintiff,

vs.

Equifax Information Services, LLC, et al.

      Defendants.

Case No.: 2:23-cv-12357

**ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC., ONLY**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS ORDERED** that Plaintiff's claims against Defendant Experian Information Solutions, Inc., only, are hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Defendant Experian Information Solutions, Inc as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date:   4/15/2024

s/ Susan K. DeClercq
HONORABLE SUSAN K. DECLERCQ
United States District Court