**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TODD GRIFFIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:23-cv-12357-GAD-DRG** |
| **v.** | § | |
| | § | **Hon. Susan K. DeClercq** |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC, EXPERIAN** | § | **Mag. Judge David R. Grand** |
| **INFORMATION SOLUTIONS,** | § | |
| **INC., and CONVERGENT** | § | |
| **OUTSOURCING, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CONVERGENT OUTSOURCING, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Todd Griffin, and Defendant, Convergent Outsourcing, Inc. ("COI"), hereby stipulate to the dismissal of Plaintiff's claims against COI and any claims that were raised or that could have been raised in this action against COI be dismissed with prejudice and with each side to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Carl Schwartz* | */s/ Jennifer T. Dillow* |
| Carl Schwartz, P70335 | Jennifer T. Dillow, P69855 |
| Credit Repair Lawyers of America | Sessions, Israel & Shartle, LLC |
| 39111 Six Mile Road, Suite 142 | 22845 Sylvan Avenue |
| Livonia, Michigan 48152 | Brownstown Twp, Michigan 48134 |
| Phone: (248) 353-2882 | Phone: (313) 351-2165 |
| Email: carl@crlam.com | Email: jdillow@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant,* |
| | *Convergent Outsourcing, Inc.* |

1

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TODD GRIFFIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:23-cv-12357-GAD-DRG** |
| **v.** | § | |
| | § | **Hon. Susan K. DeClercq** |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC, EXPERIAN** | § | **Mag. Judge David R. Grand** |
| **INFORMATION SOLUTIONS,** | § | |
| **INC., and CONVERGENT** | § | |
| **OUTSOURCING, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CONVERGENT OUTSOURCING, INC.

Based on the Stipulation of the parties, Plaintiff, Todd Griffin, and Defendant, Convergent Outsourcing, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant, Convergent Outsourcing, Inc. are hereby dismissed with prejudice and each party is to bear its own costs and attorneys' fees.

As Defendant Convergent Outsourcing, Inc. was the last remaining defendant in this case, **this dismissal closes the case**.

 _/s/ Susan K. DeClercq_
JUDGE SUSAN K. DeCLERCQ
Dated:  9/10/2024          UNITED STATES DISTRICT COURT

1